[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-12310
Non-Argument Calendar

_____

D.C. Docket No. 2:16-cr-00012-LGW-RSB-10


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KURLIE KEMP,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(October 2, 2018)

Before MARCUS, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Keith Higgins, appointed counsel for Kurlie Kemp in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kemp's conviction and sentence are **AFFIRMED**.